**Fill in this information to identify the case:**

Debtor 1 __Douglas  Van Woert_____

Debtor 2 __Elizabeth  Van Woert_____
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN  DISTRICT OF PENNSYLVANIA_____

Case number   __19-13682_____

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon Fka The Bank Of New York  Successor Indenture Trustee To Jpmorgan Chase Bank, N.A., As Indenture Trustee On Behalf Of The Noteholders Of The Cwheq Inc., Cwheq Revolving Home Equity Loan Trust, Series 2005-B

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    07/25/2019

**Last 4 digits** of any number you use to identify the debtor's account:   9265

**New total payment:**   $ 788.68
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ _____        New escrow payment:   $ _____

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:   _____ %     New interest rate:   _____ %
   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ■ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
      Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED
      _____
      Current mortgage payment: $ 800.48       New mortgage payment: $ 788.68

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Douglas | Van Woert | | Case number (if known) 19-13682 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/   Melody A. Snow                                    Date  07/03/2019
Signature

Print:   Melody A. Snow                                    Title  Assistant Vice President

Company:   Bank of America

Address:   16001 N. Dallas
           Number        Street
           Pkwy Addison, TX  75001
           City                    State    ZIP Code

Contact phone  (214) 209-8370                              Email  melody.snow@BofA.com

**UNITED STATES BANKRUPTCY COURT**

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 19-13682

In re:   Judge:  MAGDELINE D. COLEMAN

Douglas Van Woert

Elizabeth Van Woert

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 07/03/2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:  Douglas Van Woert
110 Sebastian Dr
Oxford, PA 19363-1128

Co-Debtor:  Elizabeth Van Woert
110 Sebastian Dr
Oxford, PA 19363-1128

Debtor's Attorney:  JAY G. FISCHER
342 E Lancaster Ave
Downingtown, PA 19335-2946

Trustee:  WILLIAM C. MILLER, ESQ.
PO Box 1229
Philadelphia, PA 19105-1229

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com