UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Douglas and Elizabeth Van Woert
Bankruptcy No.  19-13682-mdc
Adversary No.
Chapter  13

Date:  September 20, 2019

To:  Jay G. Fischer
342 Lancaster Avenue
Downingtown PA 19334

## NOTICE OF INACCURATE FILING

Re:  Amended Chapter 13 Plan

The above pleading was filed in this office on **September 19, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )    Debtor's name does not match case number listed
( )    Debtor's name and case number are missing
( )    Wrong PDF document attached
( )    PDF document  not legible
( )    Notice of Motion/Objection
**(XX)**  Electronic Signature missing
**(XX)**  Other - Same document was attached 3 times in the PDF

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Lisa Henry**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04