# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-13682-MDC

DOUGLAS  VAN WOERT
ELIZABETH  VAN WOERT
110 SEBASTIAN DRIVE

OXFORD, PA 19363-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DOUGLAS  VAN WOERT
    ELIZABETH  VAN WOERT
    110 SEBASTIAN DRIVE

    OXFORD, PA 19363-

**Counsel for debtor(s), by electronic notice only.**
    JAY G. FISCHER ESQ
    VALOCCHI,FISCHER & LAVERTY LLC
    342 E. LANCASTER AVENUE
    DOWNINGTOWN, PA 19334

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 9/24/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee