# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Douglas Van Woert and Elizabeth Van Woert

Case No. 19-13682

Chapter 13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST FOR APPROVAL OF COUNSEL FEES

**TO:** All creditors and other parties in interest:

**TAKE NOTICE** that the undersigned counsel for debtors is this day filing an application for approval of Counsel Fees in the amount of $3,000.00 in attorneys' fees and $440.00 in costs, filing fees and expenses.

If you object to the Court's entering an Order allowing the fees and expenses in the above-stated, requested amounts, you must file a written objection, within twenty (20) days after the date of mailing of this Notice, at : Office of the Clerk, U.S. Bankruptcy Court, Room 3726, 601 Market Street, Philadelphia, PA, 19106.

You must also within the same time period mail a copy of the objection to the undersigned counsel at the address listed below.  Objections must contain a complete specification of the factual and legal grounds upon which they are based.

If no objections are timely filed and served, the Court may allow the fees and expenses in the amounts requested without further notice.  However, the Court may conduct a hearing or determine the matter without a hearing, in its discretion,

regardless of whether any objections are filed. Parties in interest with questions may contact the undersigned attorney.

/s/ Jay G. Fischer
Jay G. Fischer, Esquire
**VALOCCHI & FISCHER**
342 East Lancaster Avenue
Downingtown, PA 19335