**L.B.F. 3015-6A**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| **Douglas Van Woert and Elizabeth Van Woert** | : |
| **Debtors** | : |
| | : Bky. No. 19-13682 |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtors have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 trustee prior to any subsequent confirmation hearing.

Date:   December 3, 2019                               /s/ Jay G. Fischer
                                                        Jay G. Fischer, Esquire
                                                        Attorney for Debtors

Date:   December 3, 2019                               /s/ Douglas Van Woert
                                                        **Douglas Van Woert**
                                                        Debtor

Date:   December 3, 2019                               /s/ Elizabeth Van Woert
                                                        **Elizabeth Van Woert**
                                                        Debtor