UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Douglas Van Woert and Elizabeth Van Woert

Case No. 19-13682

Chapter 13

## CERTIFICATION

I, Jay G. Fischer, Esquire, hereby certify that on the 15th day of May, 2020, I did send a true and correct copy of the Amended Plan via first class mail, postage prepaid to the below listed creditors, interested parties and U.S. Trustee.

Furthermore, I hereby certify that no other creditors are affected by this Amended Plan.

Americollect, Inc.
1851 S. Alverno Road
Manitowoc, WI 54221

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Capital One Auto Finance
PO Box 259407
Plano, TX 75025

Capital One Bank USA
15000 Capital One Drive
Richmond, VA 23238

Mohela/Dept. of Education
633 Spirit Drive
Chesterfield, MO 63005

Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX 75019

Prospect Medical Holdings, Inc.
PO Box 739, Dept. 142679
Oaks, PA 19456

Simons Agency, Inc.
4963 Wintersweet Drive
Liverpool, NY 13088

/s/ Jay G. Fischer
Jay G. Fischer, Esquire
Attorney for Debtors