IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Douglas Van Woert and Elizabeth Van Woert
Case No. 19-13682

                                        Chapter 13

**CERTIFICATION OF SERVICE OF NO RESPONSE**

      Jay G. Fischer, Esquire, attorney for Debtors Douglas Van Woert and Elizabeth Van Woert, hereby certifies that a true and correct copy of the Application for Compensation of Reimbursement of Expenses was sent to the following attached list either electronically or by first class United States Mail, postage prepaid on the September 26, 2019, and no response was received as of this date.

| | |
|---|---|
| Americollect, Inc.<br>1851 S. Alverno Road<br>Manitowoc, WI 54221 | Mohela/Dept. of Education<br>633 Spirit Drive<br>Chesterfield, MO 63005 |
| Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019 |
| Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025 | Prospect Medical Holdings, Inc.<br>PO Box 739, Dept. 142679<br>Oaks, PA 19456 |
| Capital One Bank USA<br>15000 Capital One Drive<br>Richmond, VA 23238 | Simons Agency, Inc.<br>4963 Wintersweet Drive<br>Liverpool, NY 13088 |

                                        /s/Jay G. Fischer
                                        Jay G. Fischer, Esquire
                                        Attorney for Debtors