# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : Chapter 13 |
| **Douglas Van Woert and Elizabeth Van Woert** | : |
| **Debtors** | : |
| | : Bky. No. 19-13682 |

## ORDER

AND NOW, this __6th__ day of November 2020, the Application of Jay G. Fischer, Esquire for compensation in the amount of Three Thousand Dollars ($3,000.00) is approved and the Trustee is authorized to disburse Two Thousand Dollars ($2,000.00) to Jay G. Fischer, Esquire.

By the Court:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge