United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13682-mdc |
| Douglas Van Woert | Chapter 13 |
| Elizabeth Van Woert | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Van Woert, Elizabeth Van Woert, 110 Sebastian Drive, Oxford, PA 19363-1128 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 111 Anza Blvd, Ste 310, Burlingame, CA 94010-1932 |
| cr | + | New Residential Mortgage Loan Trust 2019-RPL3, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 07 2020 02:09:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 08, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| | |
|---|---|
| District/off: 0313-2 | User: Adminstra    Page 2 of 2 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900    Total Noticed: 5 |

| Name | Email Address |
|---|---|
| JAY G. FISCHER | on behalf of Debtor Douglas Van Woert jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com |
| JAY G. FISCHER | on behalf of Joint Debtor Elizabeth Van Woert jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor THE BANK OF NEW YORK MELLON ET SEQ. bankruptcy@powerskirn.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13
**Douglas Van Woert and Elizabeth Van Woert**  :
                **Debtors**                          :
                                        : Bky. No. 19-13682

## ORDER

AND NOW, this 6th day of November 2020, the Application of Jay G. Fischer, Esquire for compensation in the amount of Three Thousand Dollars ($3,000.00) is approved and the Trustee is authorized to disburse Two Thousand Dollars ($2,000.00) to Jay G. Fischer, Esquire.

By the Court:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge