# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13682-MDC

DOUGLAS VAN WOERT
ELIZABETH VAN WOERT
110 SEBASTIAN DRIVE

OXFORD, PA 19363-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DOUGLAS VAN WOERT
    ELIZABETH VAN WOERT
    110 SEBASTIAN DRIVE

    OXFORD, PA 19363-

Counsel for debtor(s), by electronic notice only.

    JAY G. FISCHER ESQ
    VALOCCHI,FISCHER & LAVERTY LLC
    342 E. LANCASTER AVENUE
    DOWNINGTOWN, PA 19334

    /S/ William C. Miller

Date: 9/22/2021

    William C. Miller, Esquire
    Chapter 13 Standing Trustee