**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DOUGLAS  VAN WOERT  
ELIZABETH  VAN WOERT

Chapter 13

Debtor

Bankruptcy No. 19-13682-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 28, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
JAY G. FISCHER ESQ  
VALOCCHI,FISCHER & LAVERTY LLC  
342 E. LANCASTER AVENUE  
DOWNINGTOWN, PA 19334

Debtor:  
DOUGLAS  VAN WOERT  
ELIZABETH  VAN WOERT  
110 SEBASTIAN DRIVE

OXFORD, PA 19363-