United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13682-mdc |
| Douglas Van Woert | Chapter 13 |
| Elizabeth Van Woert | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Van Woert, Elizabeth Van Woert, 110 Sebastian Drive, Oxford, PA 19363-1128 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 111 Anza Blvd, Ste 310, Burlingame, CA 94010-1901 |
| cr | + | New Residential Mortgage Loan Trust 2019-RPL3, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14338352 | | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14338355 | | Chester County Hospital, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14338356 | + | Mohela/dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14338357 | + | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14338358 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14338359 | + | Prospect Medical Holdings, Inc., PO Box 739, Dept. 142679, Oaks, PA 19456-0739 |
| 14339537 | + | The Bank of New York Mellon Et Seq., Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14366279 | + | U.S. Bank N.A. et. al,, c/o Nationstar Mortgage LLC dba Mr. Coop, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14342851 | + | U.S. Bank National Association, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14340115 | + | US Department of Education/MOHELA, 633 Spirirt Dr, Chesterfield, MO 63005-1243 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2021 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14338351 | | Email/Text: ebn@americollect.com | Oct 29 2021 23:35:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14338354 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:46:59 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14338353 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 29 2021 23:46:57 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14341845 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:47:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14352908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:46:59 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14355194 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 29 2021 23:47:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 14338360 | + | Email/Text: clientservices@simonsagency.com | Oct 29 2021 23:36:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New Residential Mortgage Loan Trust 2019-RPL3 cwohlrab@raslg.com |
| JAY G. FISCHER | on behalf of Debtor Douglas Van Woert jgf@vflawoffice.com fischerjr86304@notify.bestcase.com |
| JAY G. FISCHER | on behalf of Joint Debtor Elizabeth Van Woert jgf@vflawoffice.com fischerjr86304@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor THE BANK OF NEW YORK MELLON ET SEQ. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DOUGLAS VAN WOERT<br>ELIZABETH VAN WOERT | Chapter 13 |
| Debtor | Bankruptcy No. 19-13682-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 28, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JAY G. FISCHER ESQ
VALOCCHI, FISCHER & LAVERTY LLC
342 E. LANCASTER AVENUE
DOWNINGTOWN, PA 19334

Debtor:
DOUGLAS VAN WOERT
ELIZABETH VAN WOERT
110 SEBASTIAN DRIVE

OXFORD, PA 19363-